THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 8, 2016



Beth E. Hanan
United States Bankruptcy Judge

# U S BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| In Re: | Chapter 13 |
| RICHARD R DELVAUX | Case No 2015-33373-BEH-13 |
| LORELEE L DELVAUX | Court Claim no. 9 |
| 4552 Shawano Avenue | Trustee Claim no. 4 |
| Green Bay WI 54313 | Claimant: Panatte, LLC |
| Debtor(s) | **ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM** |

---

The Chapter 13 Standing Trustee, Rebecca R. Garcia, having filed an Objection to Court Claim No. 9 of Panatte, LLC, which was filed on May 16, 2016, with the Objection having been filed August 2, 2016, and the matter having been set for hearing before the Honorable Judge Beth E. Hanan, U.S. Bankruptcy Court Judge, on the 13th day of September 2016, if a response was received from Panatte, LLC on or before the 5th day of September 2016, the date set by the Court;

The trustee having received no objection or other response from Panatte, LLC;

IT IS HEREBY ORDERED: The claim of Panatte, LLC, Court Claim No. 9, is disallowed in its entirety as a late-filed claim.

Rebecca R. Garcia
Chapter 13 Standing Trustee
P O Box 3170
Oshkosh, WI  54903-3170
920.231.2150
(Fax) 920.231.5713
E-mail info@ch13oshkosh.com

#####